IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAJUANA THOMPSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PROGRESSIONS BEHAVIORAL HEALTH | : | |
| SERVICES, INC., ET AL. | : | NO. 18-58 |

## ORDER

**AND NOW**, this 16th day of April, 2018, upon consideration of Defendants' Motion to Dismiss (Docket No. 7), and all documents filed in connection therewith, and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** insofar as it seeks dismissal of that aspect of the FLSA claim that seeks to impose liability for the time period in which Plaintiff was classified as an independent contractor, and that aspect of the FLSA claim is **DISMISSED**.

2. The Motion is **DENIED** in all other respects.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.